1  PHILLIP A. TALBERT
   United States Attorney
2  ADRIAN T. KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

**FILED**

Apr 22, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS; |
|---|---|
| 3140 MT MACLURE DRIVE, STOCKTON, CALIFORNIA 95212 | 2:20-sw-0346 KJN |
| A MAROON 2002 HONDA ODYSSEY BEARING CALIFORNIA LICENSE PLATE 8GPB044 | 2:20-sw-0347-KJN |
| THE PERSON OF JAMEL STINSON, DOB XX/XX/1980 | 2:20-sw-0348 KJN |

**[PROPOSED] ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be unsealed.

Dated: April 22, 2024

The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS;